IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHURCH MUTUAL INSURANCE COMPANY, | )<br>)<br>) |
| Petitioner, | )<br>) Case No. 18-cv-4063 |
| v. | )<br>) |
| | ) Judge Feinerman |
| EBENEZER MISSIONARY BAPTIST CHURCH, | )<br>)<br>) Magistrate Valdez |
| | ) |
| Respondent. | ) |

## STIPULATION TO DISMISS

NOW COMES the Petitioner, CHURCH MUTUAL INSURANCE COMPANY, and the Respondent, EBENEZER MISSIONARY BAPTIST CHURCH, by and through their respective counsel, and, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate and agree that all matters in controversy have been compromised and settled to the satisfaction of the parties; and that further, this cause of action shall be dismissed with prejudice and without costs to any party herein.

By:

**CHURCH MUTUAL INSURANCE COMPANY,**

/s/ James P. DuChateau
James P. DuChateau, Esq.
HEPLER BROOM, LLC
30 N. LaSalle Street, Suite 2900
Chicago, Illinois 60602
Email: jduchateau@heplerbroom.com

By:

**EBENEZER MISSIONARY BAPTIST CHURCH,**

/s/ Francis J. Leyhane
Francis J. Leyhane, Esq.
LEYHANE & ASSOCIATES, LTD.
P.O. Box 31262
Chicago, Illinois 60631
Email: leyhane@gmail.com

**CERTIFICATE OF SERVICE**

The undersigned, an attorney of record, states that he filed *Fed. R. Civ. P. 41(a)(1)(A)(ii) Stipulation to Dismiss* via CM/ECF on November 7, 2019, causing a copy of the same to thereby be served on all counsel of record.

By: /s/ James P. DuChateau
     One of its attorneys