# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Church Mutual Insurance Company

                        Plaintiff,

v.                                                       Case No.: 1:18−cv−04063

                                                               Honorable Maria Valdez

Ebenezer Missionary Baptist Church, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 8, 2019:

       MINUTE entry before the Honorable Maria Valdez: Pursuant to the Stipulation of Dismissal [85], all matters in controversy having been resolved, it is hereby ordered that the parties shall comply with the terms of their settlement agreement. This action is dismissed with prejudice and without costs to any party. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.